**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 FEB 24 AM 11: 18

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| ROBERT J. GRADY<br>BARBARA ANN GRADY | Bankruptcy No. 08-26599 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312244193966.

3. The amounts are as follows:

| | |
|---|---|
| Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>P.O. Box 3194<br>Salt Lake City, Utah 84110-3194 | $ 2.48 |

4. A check in the amount of $2.48, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _____ day of ___February___, 2010.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 22nd day of February, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

*[signature]*